UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Kathy Byrd Harrington,
Administrator of the Estate of
Wesley Randolph Hunter,      )
                             )
        Plaintiff(s),        )
                             )     **Case No.:** 1:21-cv-744
vs.                          )
                             )
Southern Health Partners, Inc. et al. )
                             )
        Defendant(s).        )

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Kelly Carlton_____ who is __Defendant_____,
(Name of Party)                    (Plaintiff/moving party or defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    (  ) Yes                (✔) No

2.  Does party have any parent corporations?

    (  ) Yes                (✔) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
    _____
    _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes             (✔) No

    If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes             (✔) No

    If yes, identify entity and nature of interest: _____

/s/ Christina J. Banfield                   09/24/2021

(Signature)                                     (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **FINANCIAL DISCLOSURE FORM FOR KELLY CARLTON** with the Clerk of the Court using the CM/ECF system. I further certify that I have served the foregoing document on the following non-CM/ECF participant by depositing a copy of the same in the United States Postal Service via first class mail and addressed as follows:

| | |
|---|---|
| Mr. Fred W. DeVore, III<br>Mr. F. William DeVore, IV<br>Ms. Brittany Conner<br>DeVore, Acton & Stafford, P.A.<br>438 Queens Road<br>Charlotte, NC 28207<br>*Counsel for Plaintiffs* | Mr. James D. (JD) McAlister<br>MGC Insurance Defense<br>6302 Fairview Road<br>Suite 700<br>Charlotte, NC 28210-2267<br>*Counsel for County Defendants* |

This the 24th day of September, 2021.

Respectfully submitted,

/s/ W. Gregory Merritt
N.C. State Bar Number: 23333
E-mail: wgm@harriscreech.com
/s/ Christina J. Banfield
N.C. State Bar Number: 52015
Email: njb@harriscreech.com
Harris, Creech, Ward & Blackerby, P.A.
325 Pollock Street
P.O. Drawer 1168
New Bern, NC 28563-1168
Telephone: (252) 638-6666
Facsimile: (252) 638-3542
Attorneys for Defendants Southern Health Partners, Inc.,
 Kelly Carlton, and Karen Russell

njb/8582