IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:21-CV-744

| | |
|---|---|
| KATHY BYRD HARRINGTON, as Administrator of the Estate of WESLEY RANDOLPH HUNTER, deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN HEALTH PARTNERS, INC. and KELLY CARLTON and KAREN RUSSELL, JASON AUTEN, in his individual capacity, A.M. PRICE, in his individual capacity, MICHAEL ROGERS, in his individual capacity, CABARRUS COUNTY SHERIFF'S DEPARTMENT, and CABARRUS COUNTY,<br><br>　　　　Defendants. | **PARTIAL MOTION TO DISMISS** |

　　　　NOW COMES Defendants, Jason Auten ("Auten"), A.M. Price ("Price"), Michael Rogers ("Rogers"), Cabarrus County Sheriff's Department ("Sherriff's Department"), and Cabarrus County ("Cabarrus County") (collectively the "Moving Defendants") by and through undersigned counsel, and hereby move the court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons stated in the contemporaneously filed brief in support, for an Order partially dismissing Plaintiff's Complaint as to the specified claims alleged against Moving Defendants.

　　　　This the 6th day of October, 2021.

/s/ JAMES D. MCALISTER
Bar No: 35432
/s/ JEFFREY B. KUYKENDAL
Bar No: 37693
McAngus Goudelock & Courie
Post Office Box 30307
Charlotte, North Carolina 28230
Phone: (704) 405-4638
Fax: (704) 643-2376
Email: jmcalister@mgclaw.com
Email: jeffrey.kuykendal@mgclaw.com

Attorneys for Jason Auten, A. M. Price, Michael Rogers, Cabarrus County Sheriff's Department and Cabarrus County

# CERTIFICATE OF SERVICE

I hereby certify that on 10/6/2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>W. Gregory Merritt
>Harris, Creech, Ward & Blackerby
>Post Office Drawer 1168
>New Bern, North Carolina 28563
>Attorney for Southern Health Partners, Inc., Kelly Carlton, and Karen Russell
>Email: wgm@hcwb.net
>
>Fred W. DeVore, III
>DeVore, Acton & Stafford, PA
>438 Queens Road
>Charlotte, North Carolina 28207
>Attorney for Kathy Byrd, as Administrator of the Estate of Wesley Randolph Hunter,
>Email: fdevore@devact.com

/s/ JEFFREY B. KUYKENDAL
/s/ JAMES D. MCALISTER

3