UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

No. 1:21-CV-00744-LCB-JEP

| | |
|---|---|
| KATHY BYRD HARRINGTON, as Administrator of the Estate of WESLEY RANDOLPH HUNTER, deceased, </br></br>Plaintiff,</br></br>v.</br></br>SOUTHERN HEALTH PARTNERS, INC. and KELLY CARLTON and KAREN RUSSELL, JASON AUTEN, in his individual capacity, A.M. PRICE, in his individual capacity, MICHAEL ROGERS, in his individual capacity, CABARRUS COUNTY SHERIFF'S DEPARTMENT, and CABARRUS COUNTY,</br></br>Defendants. | **CERTIFICATE OF WORD COUNT** |

NOW COMES counsel for Defendants, Southern Health Partners, Inc. and Karen Russell, and hereby certifies that the Memorandum of Law in Support of Partial Motion to Dismiss by Southern Health Partners, Inc. and Karen Russell [ECF No. 25] is in compliance with Local Rule 7.3(d)(1) in that it does not exceed more than 6,250 words in the body of the brief, headings and footnotes included, as indicated by the word processing software used to prepare this brief.

This the 14th day of December, 2021.

                          Respectfully submitted,

                          /s/ W. Gregory Merritt
                          N.C. State Bar Number: 23333
                          E-mail: wgm@harriscreech.com
                          /s/ Christina J. Banfield
                          N.C. State Bar Number: 52015
                          Email: njb@harriscreech.com
                          Harris, Creech, Ward & Blackerby, P.A.
                          325 Pollock Street
                          P.O. Drawer 1168
                          New Bern, NC 28563-1168
                          Telephone: (252) 638-6666
                          Facsimile: (252) 638-3542
                          Attorneys for Defendants Southern Health Partners, Inc.,
                             Kelly Carlton, and Karen Russell

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **CERTIFICATE OF WORD COUNT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Fred W. DeVore, III | Mr. James D. (JD) McAlister |
| Email: fdevore@devact.com | Email: jmcalister@mgclaw.com |
| Mr. F. William DeVore, IV | Mr. Jeffrey Kuykendal |
| Ms. Brittany Conner | Email: Jeffrey.kuykendal@mgclaw.com |
| DeVore, Acton & Stafford, P.A. | MGC Insurance Defense |
| 438 Queens Road | PO Box 30307 |
| Charlotte, NC 28207 | Charlotte, NC 28230-0307 |
| Telephone: (704) 377-5242 | Telephone: 704-405-4638 |
| Facsimile: (704) 332-2825 | Facsimile: 704-643-2376 |

This the 14th day of December, 2021.

Respectfully submitted,

/s/ W. Gregory Merritt
N.C. State Bar Number: 23333
E-mail: wgm@harriscreech.com
/s/ Christina J. Banfield
N.C. State Bar Number: 52015
Email: njb@harriscreech.com
Harris, Creech, Ward & Blackerby, P.A.
325 Pollock Street
P.O. Drawer 1168
New Bern, NC 28563-1168
Telephone: (252) 638-6666
Facsimile: (252) 638-3542
Attorneys for Defendants Southern Health Partners, Inc.,
   Kelly Carlton, and Karen Russell

/8582

3