UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:21CV744

| | |
|---|---|
| KATHY HUNTER HARRINGTON, as Administrator of the Estate of Wesley Hunter, deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>SOUTHERN HEALTH PARTNERS, INC, and K. CARLTON and KAREN RUSSELL, J. AUTEN, in his individual capacity, M. PRICE, in his individual capacity, MICHAEL ROGERS, in his individual capacity, CABARRUS COUNTY SHERIFF'S DEPARTMENT, and CABARRUS COUNTY,<br><br>*Defendants.* | **CONSENT MOTION TO AMEND RULE 26(F) REPORT** |

NOW COMES the plaintiff with Consent of the defendants, moving the Court to amend the Rule 26(f) Report (Doc. #28, ¶3) with regard to the appointment of Ray Owens as mediator. Due to a scheduling conflict, the parties have consented to substitute Rene Trehy as mediator. All fees owed and/or due to Ray Owens have been satisfied.

WHEREFORE, the parties move the Court to amend its Order (Doc. #31) to reflect the parties' Consent Motion to substitute Rene Trehy as mediator in this matter.

This the 31st day of August, 2022.

/s/ Fred W. DeVore, III
Fred W. DeVore, III, NC Bar #10308
F. William DeVore, IV, NC Bar #39633
Brittany N. Conner, NC Bar #53913
*Attorneys for Plaintiff*

DeVore, Acton & Stafford, P.A.
438 Queens Road
Charlotte, NC 28207
Telephone: 704-377-5242
Facsimile: 704-332-2825
fdevore@devact.com
wdevore@devact.com
bconner@devact.com

Consented:

| /s/ W. Gregory Merritt | /s/ James D. McAlister |
|---|---|
| W. Gregory Merritt, NC State Bar 23333 | James D. McAlister, NC State Bar 035432 |
| wgm@hcwb.net | jmcalister@mgclaw.com |
| Harris, Creech, Ward & Blackerby, P.A. | McAngus Goudelock & Courie |
| 325 Pollock Street | 6302 Fairview Road Ste 700 |
| P.O. Drawer 1168 | Charlotte, NC 28210-2267 |
| New Bern, NC 28563-1168 | Main:704-643-6303|Direct:704-405-4638 |
| Telephone: (252) 638-6666 | Fax:704-643-2376 |
| Attorneys for Southern Health Partners, Inc., Kelly Carlton, LPN, and Karen Russell, PA | Attorney for Defendants Cabarrus County, Cabarrus County Sheriff's Department, J. Auten, M. Price, and Michael Rogers |

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the attached were served upon the opposing parties, or their attorneys via US Mail and/or email and addressed as follows:

| | |
|---|---|
| W. Gregory Merritt, NC State Bar 23333<br>wgm@hcwb.net<br>Harris, Creech, Ward & Blackerby, P.A.<br>325 Pollock Street<br>P.O. Drawer 1168<br>New Bern, NC  28563-1168<br>Telephone:  (252) 638-6666<br>Attorneys for Southern Health Partners, Inc.,<br>Kelly Carlton, LPN, and Karen Russell, PA | James D. McAlister, NC State Bar 035432<br>jmcalister@mgclaw.com<br>McAngus Goudelock & Courie<br>6302 Fairview Road Ste 700<br>Charlotte, NC 28210-2267<br>Main:704-643-6303\|Direct:704-405-4638<br>Fax:704-643-2376<br>Attorney for Defendants Cabarrus County, Cabarrus County Sheriff's Department, J. Auten, M. Price, and Michael Rogers |

This the 31st day of August, 2022.

/s/ Fred W. DeVore, III
Fred W. DeVore, III, NC Bar #10308
F. William DeVore, IV, NC Bar #39633
Brittany N. Conner, NC Bar #53913
*Attorneys for Plaintiff*
DeVore, Acton & Stafford, P.A.
438 Queens Road
Charlotte, NC 28207
Telephone: 704-377-5242
Facsimile:  704-332-2825
fdevore@devact.com
wdevore@devact.com
bconner@devact.com

3

Case 1:21-cv-00744-LCB-JEP   Document 41   Filed 08/31/22   Page 3 of 3